RECEIVED
JUL 17 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____



THE MYERS LAW GROUP, LLP

July 17, 2013

<u>Via facsimile to (318) 676-3179</u>

Hon. Donald E. Walter
United States District Judge
300 Fannin Street, Suite 4200
Shreveport, LA 71101-3059

Re: *Ashley Dikan v. Cypress Bend Resort*
Civil Action No. 12-2626
U.S. District Court for the Western District of Louisiana

Dear Judge Walter:

Please be advised the parties have reached a settlement. We respectfully request the Court issue a 60-day Dismissal Order. Thank you for your cooperation.

Very truly yours,

Mark C. Carver
*Counsel for Defendant*

cc: Rebecca L. Riall, Esq. (*Counsel for Plaintiff*)   (Via email)

The Myers Law Group, LLP
www.myerslawllp.com

1100 Poydras, Suite 2520
New Orleans, Louisiana 70163

Telephone 504-252-9877
Facsimile 504-252-9878